PROB 12C
(6/16)

Report Date:  July 12, 2016

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Jul 12, 2016

SEAN F. McAVOY, CLERK

Name of Offender: Lisa Crystal Weaselhead          Case Number: 0980 2:13CR00122-RMP-1

Address of Offender:

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: August 7, 2014

| | | |
|---|---|---|
| Original Offense: | Involuntary Manslaughter, 18 U.S.C. § 1112 | |
| Original Sentence: | Prison - 34 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: October 20, 2015 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: October 19, 2018 |

---

### PETITIONING THE COURT

         To issue a summons and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on June 29, 2016.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 3 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence:** On July 7, 2016, the offender was  issued a criminal citation 13-5.01 control of marijuana and drugs (possession). |

The U.S. Probation Office respectfully recommends the Court issue a summons and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on June 29, 2016.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:      July 12, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

**Prob12C**
**Re: Weaselhead, Lisa Crystal**
**July 12, 2016**
**Page 2**

THE COURT ORDERS

[  ]     No Action
[  ]     The Issuance of a Warrant
[ XX ]   The Issuance of a Summons
[  ]     Other

_Rosanna Malouf Peterson_
_____
Signature of Judicial Officer

_____7/12/2016_____
Date