PROB 12C
(6/16)

Report Date: June 29, 2016

## United States District Court

**for the**

**Eastern District of Washington**

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jun 29, 2016

SEAN F. McAVOY, CLERK

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender: Lisa Crystal Weaselhead                    Case Number: 0980 2:13CR00122-FVS-1

Address of Offender:                    , Wellpinit, Washington 99040

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: August 7, 2014

Original Offense:       Involuntary Manslaughter, 18 U.S.C. § 1112

Original Sentence:      Prison - 34 months           Type of Supervision: Supervised Release
                        TSR - 36 months

Asst. U.S. Attorney:    Matthew F. Duggan            Date Supervision Commenced: October 20, 2015

Defense Attorney:       Federal Defenders Office     Date Supervision Expires: October 19, 2018

## PETITIONING THE COURT

**To issue a summons.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime. |
| 2 | **Special Condition # 19**: You shall abstain from alcohol and shall submit to testing (including urinalysis and Breathalyzer), as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from this substance |

**Supporting Evidence**: On June 27, 2016, the prosecutor's office for the Spokane Tribe filed a criminal complaint alleging two criminal counts: count 1, reckless driving, and count 2, prohibited use of alcoholic beverages in a vehicle. In addition, on June 28, 2016, the offender made a verbal admission to the undersigned that on June 22, 2016, she consumed alcohol and then drove a motor vehicle.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 29, 2016

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

---

THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Other

*Fred Van Sickle*

Signature of Judicial Officer

June 29, 2016

Date