PROB 12C
(6/16)

Report Date: June 2, 2017

# United States District Court

for the

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lisa Crystal Weaselhead | Case Number: 0980 2:13CR00122-RMP-1 |
| Address of Offender: | Wellpinit, Washington 99040 |

Name of Sentencing Judicial Officer: The Honorable Rosanna Malouf Peterson, U.S. District Judge

Date of Original Sentence: August 7, 2014

| | | |
|---|---|---|
| Original Offense: | Involuntary Manslaughter, 18 U.S.C. § 1112 | |
| Original Sentence: | Prison - 34 months<br>TSR - 36 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>November 28, 2016: | Prison - 15 days<br>TSR - 36 months | |
| Asst. U.S. Attorney: | Matthew F. Duggan | Date Supervision Commenced: November 28, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: November 27, 2019 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 1**: You must not commit another Federal, state, or local crime.<br><br>**Supporting Evidence**: The offender last appeared before Your Honor on November 28, 2016, for the purpose of a revocation hearing. The offender was at that time ordered to a custody term of time served followed by a 36-month term of supervised release. In addition to the mandatory and standard conditions, the offender was ordered to abide by a total of five special conditions.<br><br>The undersigned was notified by Stevens County Sheriffs Office that on June 1, 2017, the offender was cited for driving while under the influence. |
| 2 | **Special Condition # 5**: You shall abstain from the use of illegal controlled substances and alcohol, and shall submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

Prob12C
Re: Weaselhead, Lisa Crystal
June 2, 2017
Page 2

**Supporting Evidence**: The offender last appeared before Your Honor on November 28, 2016, for the purpose of a revocation hearing. The offender was at that time ordered to a custody term of time served followed by a 36-month term of supervised release. In addition to the mandatory and standard conditions, the offender was ordered to abide by a total of five special conditions.

The undersigned was notified by Stevens County Sheriffs Office that on June 1, 2017, the offender was cited for driving while under the influence. Stevens County Sheriffs Office report for case number 1705133 states that the offender's preliminary breath test registered a .231 and subsequent breath tests administered at the Chewelah Police Department registered a .198 and a .191 on the BAC machine.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   June 02, 2017

s/Charles J. Kuipers

Charles J. Kuipers
U.S. Probation Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

Signature of Judicial Officer
6/5/2017
Date